*Darnaby, for appellant.*

---

## WILLIS WARD, ADM'R, *v.* ELIZA WARD.

**Wills—Election by Widow.**

 A will held not to put a testator's widow upon her election whether she will take under the will and waive her right to distribution under the will.

APPEAL FROM METCALF CIRCUIT COURT.

December 29, 1872.

Opinion by Judge Hardin:

We concur with the court below in the conclusion that the will of Willis Ward was not of a character to put the appellee on her election whether she would take the benefit of the special provision made in the third clause and waive her shares in distribution or renounce the will. And also in the opinion that it is manifestly inferable from the provisions of the will that the testator did not intend to exclude his wife from her distributive share of his estate, but that it should be embraced by the reservation made in her favor, in the first clause of the will.

We perceive no valid ground of objection to the details of the judgment.

Wherefore the judgment is *affirmed*.

*Garnett, Dehoney, for appellant.*

*Leslie, Botts, for appellee.*